TIMOTHY A. SCOTT
California State Bar No. 215074
MARCUS S. BOURASSA
California State Bar No. 316125
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
tscott@mckenziescott.com
mbourassa@mckenziescott.com

Attorneys for Plaintiffs

ANDREW R. HADEN
Acting United States Attorney
MATTHEW RILEY (SBN 257643)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7665
Fax: (619) 546-7751
Email: matthew.riley2@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SHUSTER and MARIA SHUSTER;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 24-cv-02422-L-SBC<br><br>**JOINT MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE** |

Plaintiffs Jerry Shuster and Maria Shuster (collectively, "Plaintiffs") and Defendant United States of America ("Defendant") jointly move for an order continuing Defendant's responsive pleading deadline by 21 days, from March 10, 2025, to March 31, 2025. Plaintiffs and Defendant submit that good cause exists for the requested relief based on the following:

1. Plaintiff commenced this action by filing a Complaint on December 20, 2024.

2. Plaintiffs served the Complaint on counsel for Defendant on January 8, 2025.

3. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Defendant's deadline to respond to the Complaint is currently March 10, 2025.

4. The undersigned counsel for Defendant is in the process of reviewing the Complaint's factual allegations with the United States Customs and Border Protection in order to prepare an Answer to the Complaint, but counsel needs additional time to prepare Defendant's Answer to the Complaint.

5. Plaintiffs' counsel has agreed, subject to the Court's approval, that Defendant's responsive pleading deadline be extended by 21 days, to March 10, 2025.

Based on the foregoing, Plaintiffs and Defendant jointly move for an order continuing Defendant's responsive pleading deadline from March 10, 2025, to March 31, 2025.

DATED: February 28, 2025                    Respectfully submitted,

                                             *s/ Marcus S. Bourassa*
                                             MARCUS S. BOURASSA
                                             Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: February 28, 2025 | Respectfully submitted, |
| 2 | | ANDREW R. HADEN |
| 3 | | Acting United States Attorney |
| 4 | | |
| 5 | | *s/ Matthew Riley* |
| | | MATTHEW RILEY |
| 6 | | Assistant United States Attorney |
| 7 | | Attorneys for Defendant |
| | | UNITED STATES OF AMERICA |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures, I certify that the content of this document is acceptable to counsel for Plaintiff, and counsel has advised that I am authorized to affix his signature to this document.

By: /s/ *Matthew Riley*
MATTHEW RILEY
Assistant United States Attorney