UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SHUSTER and MARIA SHUSTER;<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 24-cv-02422-L-SBC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>[ECF No. 5] |

    For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Continue Responsive Pleading Deadline (ECF No. 5) is granted. No later than March 31, 2025, Defendant United States of America shall file and serve any response to Plaintiffs' Complaint.

    **IT IS SO ORDERED.**

Dated: March 3, 2025

_____
Hon. M. James Lorenz
United States District Judge