1  TIMOTHY A. SCOTT
   California State Bar No. 215074
2  MARCUS S. BOURASSA
   California State Bar No. 316125
3  MCKENZIE SCOTT PC
   1350 Columbia Street, Suite 600
4  San Diego, California 92101
   Telephone: (619) 794-0451
5  tscott@mckenziescott.com
6  mbourassa@mckenziescott.com

7  Attorneys for Plaintiffs

8
   ADAM GORDON
9  United States Attorney
   MATTHEW RILEY (SBN 257643)
10 Assistant U.S. Attorney
   Office of the U.S. Attorney
11 880 Front Street, Room 6293
   San Diego, CA 92101
12 Tel: (619) 546-7665
   Fax: (619) 546-7751
13 Email: matthew.riley2@usdoj.gov

14 Attorneys for Defendant
   United States of America

15
16 **UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY SHUSTER and MARIA SHUSTER; | Case No. 24-cv-02422-L-SBC |
| Plaintiffs, | **JOINT MOTION TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' SETTLEMENT PROPOSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs Jerry Shuster and Maria Shuster (collectively, "Plaintiffs") and Defendant United States of America ("Defendant") jointly move for an order continuing Defendant's deadline to respond to Plaintiffs' settlement proposal by 14 days, from May 7, 2025, to May 21, 2025. Plaintiffs and Defendant submit that good cause exists for the requested relief based on the following:

1. On April 1, 2025, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (ECF No. 8) in which the Court scheduled an ENE for May 21, 2025, with ENE statements to be lodged and exchanged by May 14, 2025. The Court also ordered that Plaintiffs submit a written settlement proposal to Defendant by April 30, 2025, and that Defendant submit a response to Plaintiffs' settlement proposal by May 7, 225.

2. On May 1, 2025, the Court continued the ENE to June 6, 2025, and the deadline to lodge and exchange ENE statements to May 30, 2025. (ECF No. 9.)

3. Plaintiffs timely submitted their written settlement proposal to Defendant on April 30, 2025.

4. Defendant is currently reviewing Plaintiffs' settlement proposal but requires additional time to respond given that multiple individuals within the government must review the proposal before Defendant can respond to the proposal.

5. The parties have agreed, subject to the Court's approval, that Defendant's deadline to respond to Plaintiffs' settlement proposal be continued to May 21, 2025, which is more than one week prior to the parties' deadline to lodge/exchange ENE statements.

Based on the foregoing, Plaintiffs and Defendant jointly move for an order continuing Defendant's deadline to respond to Plaintiffs' settlement proposal from May 7, 2025, to May 21, 2025.

/ / / /

/ / / /

/ / / /

DATED: May 7, 2025                    Respectfully submitted,

                                      *s/ Marcus S. Bourassa*
                                      MARCUS S. BOURASSA
                                      Attorney for Plaintiffs


DATED: May 7, 2025                    Respectfully submitted,

                                      ADAM GORDON
                                      United States Attorney

                                      *s/ Matthew Riley*
                                      MATTHEW RILEY
                                      Assistant United States Attorney
                                      Attorneys for Defendant
                                      UNITED STATES OF AMERICA


　　　　Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures, I certify that the content of this document is acceptable to counsel for Plaintiff, and counsel has advised that I am authorized to affix his signature to this document.

                                      By:  /s/ *Matthew Riley*
                                      MATTHEW RILEY
                                      Assistant United States Attorney