TIMOTHY A. SCOTT
California State Bar No. 215074
MARCUS S. BOURASSA
California State Bar No. 316125
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
tscott@mckenziescott.com
mbourassa@mckenziescott.com

Attorneys for Plaintiffs

ADAM GORDON
United States Attorney
MATTHEW RILEY (SBN 257643)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7665
Fax: (619) 546-7751
Email: matthew.riley2@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SHUSTER and MARIA SHUSTER;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 24-cv-02422-L-SBC<br><br>**JOINT MOTION TO CONTINUE ENE STATEMENT DEADLINE** |

  Plaintiffs Jerry Shuster and Maria Shuster (collectively, "Plaintiffs") and Defendant United States of America ("Defendant") jointly move for an order continuing the parties' deadline to lodge and exchange ENE statements from May 30, 2025, to June 2, 2025. Plaintiffs and Defendant submit that good cause exists for the requested relief based on the following:

  1. On April 1, 2025, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (ECF No. 8) in which the Court scheduled an ENE for May 21, 2025, with ENE statements to be lodged and exchanged by May 14, 2025.

  2. On May 1, 2025, the Court continued the ENE to June 6, 2025, and the Court continued the deadline to lodge and exchange ENE statements to May 30, 2025. (ECF No. 9.)

  3. On May 28, 2025, counsel for Defendant requested that Plaintiffs agree to an extension of the May 30, 2025, deadline to lodge and exchange ENE statements by one business day, to Monday, June 2, 2025, to allow additional time to obtain agency approval of Defendant's ENE statement. Plaintiffs agreed to this request, subject to the Court's approval.

  Based on the foregoing, Plaintiffs and Defendant jointly move for an order continuing the parties' deadline to lodge and exchange ENE statements from May 30, 2025, to June 2, 2025. The parties will provide the Court with the name, title, and email address of each ENE participant by the current deadline of May 30, 2025.

DATED: May 29, 2025          Respectfully submitted,

                   *s/ Marcus S. Bourassa*
                   MARCUS S. BOURASSA
                   Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: May 29, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | ADAM GORDON<br>United States Attorney |
| 4 | | |
| 5 | | *s/ Matthew Riley*<br>MATTHEW RILEY |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 7 | | UNITED STATES OF AMERICA |

     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures, I certify that the content of this document is acceptable to counsel for Plaintiff, and counsel has advised that I am authorized to affix his signature to this document.

                                             By: /s/ *Matthew Riley*
                                             MATTHEW RILEY
                                             Assistant United States Attorney